**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MELODY STOOPS,<br><br>       Plaintiff,<br><br>vs.<br><br><br>ENHANCED RECOVERY<br>COMPANY, LLC,<br><br>       Defendant. | Case No.: 3:15-cv-00262-KRG<br><br>HONORABLE KIM R. GIBSON |

## **NOTICE OF APPEARANCE**

KINDLY enter the appearance of Glenn C. Romano and the law firm of Glenn C. Romano, P.C. on behalf of Plaintiff Melody Stoops in the above-captioned matter.

Date: December 29, 2015               /s/ Glenn C. Romano
                                      Glenn C. Romano, Esq.
                                      PA Bar I.D. No. 47151
                                      Attorney for Plaintiff

Glenn C. Romano, P.C.
3830 Lukens Lane
Hatboro, PA 19040
Phone: (215)323-4949
Fax: (215) 323-4950
glenn@glennromano.com