IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MELODY STOOPS | ) | |
| | ) | CIVIL ACTION NO. 3:15-262 |
| Plaintiff, | ) | |
| | ) | JUDGE KIM R. GIBSON |
| v. | ) | |
| | ) | |
| ENHANCED RECOVERY COMPANY, LLC | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

AND NOW, this 28th day of January, 2016, having considered Plaintiff's Motion to Continue Initial Rule 16 Case Management Conference (ECF No. 22), and good cause appearing, **IT IS HEREBY ORDERED** that the Initial Rule 16 Case Management Conference scheduled for February 3, 2016, at 10:30 a.m. is rescheduled to **April 7, 2016, at 2:00 p.m.**

BY THE COURT:

KIM R. GIBSON
UNITED STATES DISTRICT JUDGE