UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

MELODY STOOPS,

        Plaintiff,                      Civil Action No.: 3:15-cv-00262

vs.

ENHANCED RECOVERY COMPANY, LLC,

        Defendant.

## ORDER GRANTING
## MOTION TO PERMIT CO-COUNSEL TO WITHDRAW APPEARANCE

On February 11, 2106, Dylan C. Lewis of Bowles Rice LLP, counsel for Enhanced

Recovery Company, LLC respectfully moved this Court to enter an Order granting the

withdrawal of his appearance pursuant to Local Rule of General Procedure 83.03. Jennifer B.

Hagedorn, W. Taylor Frankovitch and Bowles Rice LLP, will continue as counsel of record for

Enhanced Recovery Company, LLC.

It appearing that there is good cause to support the Motion, the Court Grants the motion,

and Orders that Dylan C. Lewis be stricken from this matter, the Court's CM/ECF notification

system, and the service lists in this action.

The Court directs the Clerk to transmit copies of this Order to counsel of record.

BY THE COURT

Dated: 2/15/2016

Hon. Judge Kim R. Gibson